EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Enmienda a la Regla 2.5.4.2 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría | 2012 TSPR 183<br><br>187 DPR ____ |

Número del Caso: ER-2012-05

Fecha: 10 de diciembre de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO
JUNTA EXAMINADORA DE ASPIRANTES AL EJERCICIO
DE LA ABOGACÍA Y LA NOTARÍA

In re,

Enmienda a la Regla 2.5.4.2 del          ER-2012-05
Reglamento para la Admisión de
Aspirantes al Ejercicio de la
Abogacía y la Notaría

**RESOLUCIÓN**

San Juan, Puerto Rico a 10 de diciembre de 2012.

Al amparo del poder inherente de este Tribunal para regular la admisión al ejercicio de la práctica de la abogacía y la notaría, y conforme a lo dispuesto en la Regla 15.4 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría, del mes de junio de 1998, se enmienda la Regla 2.5.4.2, la cual leerá:

**Regla 2.5.4.2-** Se asignará a cada aspirante un número de identificación y se le informará éste con anticipación a la fecha del examen. Antes de comenzar cada periodo de examen, el aspirante deberá ocupar el asiento asignado en el recinto del examen, marcado con su número de identificación. Se entregará a cada aspirante una libreta por pregunta, para su uso en cada periodo de discusión. Deberá devolverlas al concluir cada periodo de discusión. Cada libreta tendrá en la cubierta un número arábigo, que corresponderá al número de identificación del aspirante. Las libretas tendrán, además, en la cubierta un número romano que corresponderá al periodo de examen.

La Junta podrá permitir que el aspirante conteste las preguntas de discusión en una computadora, sujeto al programa y el procedimiento aprobados para ello. En tal caso, antes de comenzar a contestar, el aspirante registrará su número de identificación e indicará el periodo de examen correspondiente.

Al concluir los exámenes, el Presidente, con la asistencia del Director Ejecutivo y del personal que éstos designen, desprenderá de la cubierta de cada libreta de contestaciones la parte que contiene el número de identificación y marcará cada una con otro número, que se conocerá como número clave. En la eventualidad de que las contestaciones hayan sido redactadas en computadora, dichas contestaciones serán imprimidas con el número de identificación en su cubierta, de forma tal que se pueda realizar el proceso antes mencionado. Esta impresión constituirá la libreta de contestación del aspirante.

Esta enmienda entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo